IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action 1:13-cv-03496-WYD-MEH

TCYK, LLC,

        Plaintiffs,

v.

John Does 1-15,

        Defendants

_____

**MOTION TO QUASH SUBPOENA**
_____

Defendant John Doe 4, via BethartTurner, Attorneys at Law, LLC, files this Motion to Quash Subpoena.

Defendant John Doe 4 seeks to quash Plaintiff TCYK, LLC's subpoena to produce personal identity information because it impermissibly seeks to obtain personal information from each Defendant. In particular, Plaintiff's subpoena for documents should be quashed because Plaintiff has improperly joined Defendants John Doe 1-15.

Defendant John Doe 4 therefore respectfully requests that this Motion to Quash Subpoena be GRANTED.

A supporting Memorandum of Law and Proposed Order are attached.

Respectfully submitted this 20th day of February, 2014.

*Original duly signed and on file at the office of BethartTurner, Attorneys at Law, L.L.C.*

/s/ Andrew T. Bethart
BethartTurner, Attorneys at Law, L.L.C.
222 E. Dale Street
Colorado Springs, CO 80903
Telephone: (719) 358-9606
Email: abethart@bethartturner.com
Andrew T. Bethart, #38238
Christopher M. Turner, #37414
Miles W. Cottom, #46836
Attorneys for Defendant John Doe 4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Quash was filed with the Clerk of court via ECF, which will then send an electronic filing to counsel of record and other parties participating in ECF, on the 20th day of February, 2014.

Comcast
650 Centerton Road
Moorestown, NJ 08057
VIA Fax - (866) 947-5587

*Original duly signed and on file at the office of BethartTurner, Attorneys at Law, L.L.C.*

/s/ Carmela Warwaruk
Carmela Warwaruk