IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03496-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 1-15,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 21, 2014**.

      Defendant John Doe 4's Motion to Quash Subpoena [filed February 20, 2014; docket #13] is **denied without prejudice** for Defendant's failure to attach to his motion a copy of the challenged subpoena. If Defendant chooses to re-file his motion, he is instructed to file a copy of the challenged subpoena attached to the motion.