THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03496

TCYK, LLC,

a California Limited Liability Company,

       Plaintiff,

  v.

JOHN DOES 1-15,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN DOE 1 PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 1, as identified in Exhibit A attached to the Complaint in the above-captioned action, Plaintiff TCYK, LLC, hereby voluntarily dismisses Defendant John Doe 1, as identified in Exhibit A attached to the Complaint in the above-captioned action, with

prejudice.

DATED this 28th day of February, 2014.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*