**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-03496

TCYK, LLC,

a California Limited Liability Company,

       Plaintiff,

  v.

JOHN DOES 1-15,

       Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN DOE 6 PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by Defendant John Doe 6, as identified in Exhibit A attached to the Complaint in the above-captioned action, Plaintiff TCYK, LLC, hereby voluntarily dismisses Defendant John Doe 6, as identified in Exhibit A attached to the Complaint in the above-captioned action, with

prejudice.

          DATED this 3rd day of March, 2014.

          Respectfully submitted,


          /s/ *David J. Stephenson, Jr.*
          David J. Stephenson, Jr.
          2801 Youngfield St., Suite 300
          Golden, Colorado 80401
          Telephone: (303) 726-2259
          Facsimile: (303) 362-5679
          E-Mail:  david.thunderlaw@gmail.com
          Attorney for the Plaintiff


## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          By: /s/ *David J. Stephenson, Jr.*