IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03496-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-15,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2014.**

    The Motion of John Doe No. 14 to Proceed Anonymously, Pro Se [filed March 7, 2014; docket #25] is **granted** as follows. The Defendant may proceed anonymously in this matter as "John Doe 14" only for the purpose of adjudicating any motion to quash or motion to dismiss. Upon resolution of the motion to quash or motion to dismiss, should John Doe 14 perceive a need to continue proceeding anonymously in this case, he must then seek permission from the Court to continue proceeding anonymously.

    In addition, the Motion of John Doe No. 14 to Restrict Access on Contemporaneously Filed Supplement, Pro Se [filed March 7, 2014; docket #28] is **granted**. The Clerk of the Court shall maintain under Restriction Level 2 the document located at docket #29 until further order of the Court.

    The Clerk of the Court shall send a copy of this minute order to John Doe 14 at the address provided in docket #29.