IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03496-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

     Plaintiff,

v.

JOHN DOES 1-15,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2014**.

     Defendant John Doe 4's Motion to Withdraw Formerly Filed Motion to Quash [filed March 17, 2014; docket #34] is **granted**. Defendant John Doe 4's Motion to Quash Subpoena [filed February 27, 2014; docket #18] is **withdrawn**. In light of the settlement between the parties, the parties shall file dismissal papers with the Court on or before April 15, 2014.