IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03496-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

MAX MARTINEZ,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2014.**

    In light of the Notice of Voluntary Dismissal filed by the Plaintiff, the Motion to Vacate Scheduling Conference [filed June 25, 2014; docket #62] is **granted**. The Scheduling Conference currently set for August 18, 2014 is **vacated**.